UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JONATHAN RICHES

                Plaintiff,                            Case Number 07-14615
v.                                                    Honorable David M. Lawson
                                                       Magistrate Judge Donald A. Scheer

BRAD PITT, ANGELINA JOLIE,
MJP, ZJP, SJP, and PJP,

                Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT

Presently before the Court is the report issued on November 28, 2007, by Magistrate Judge Donald A. Scheer pursuant to 28 U.S.C. § 636(b) recommending that this Court dismiss the *pro se* plaintiff's complaint for lack of subject matter jurisdiction and for failing to state a claim upon which relief can be granted. Although the magistrate judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within ten days of service of the report, no objections have been filed. The parties' failure to file objections to the Report and Recommendation waives any further right to appeal. *Smith v. Detroit Federation of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the motion. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the Magistrate Judge.

Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation [dkt # 3] is **ADOPTED**.

It is further **ORDERED** that the plaintiff's complaint is **DISMISSED**.

                                              s/David M. Lawson
                                              DAVID M. LAWSON
                                              United States District Judge

Dated: December 19, 2007

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 19, 2007.

                           s/Felicia M. Moses
                           FELICIA M. MOSES